UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 1:15-CV-13639-FDS

| | |
|---|---|
| BOSFUEL CORPORATION,<br>a Delaware Corporation<br>   Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY<br>f/k/a CHARTIS SPECIALTY INSURANCE COMPANY<br>an Illinois Corporation<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR FORTY-FIVE DAY NISI ORDER

Plaintiff, Bosfuel Corporation and Defendant, AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company ("AIG Specialty") in the above-entitled matter and hereby jointly move this Court to enter a Nisi Order for forty-five days, terminating on September 26, 2016.[1]

AS GROUNDS FOR THIS MOTION, the parties state as follows:

1. The parties have reached an agreement to amicably resolve the above captioned action.

2. Pursuant to the parties agreement, completion of the settlement may take up to thirty-five days.

3. Entry of an Order Nisi will allow the parties to efficiently and effectively conclude the settlement process without further taxing judicial resources.

---

[1] Forty-five days from the date of this motion would be September 24, 2016, which is a Saturday. The next business day is September 26, 2016.

4.       All parties agree to entry of a forty-five day Nisi Order.

WHEREFORE, the parties request that a Nisi Order be entered for a period of forty-five days, terminating on September 26, 2016.

| **Bosfuel Corporation** | **AIG Specialty Insurance Company** |
|---|---|
| By its attorneys: | By its attorneys: |
| ___/s/ David H. Travers___<br>David H. Travers (BBO #: 667588)<br>Bowditch & Dewey LLP<br>1 International Place, 44th floor<br>Boston, MA 02110<br>dtravers@bowditch.com | ___/s/ Robert J. Maselek___<br>Robert J. Maselek, Jr. (BBO #: 564690)<br>Zelle McDonough & Cohen LLP<br>101 Federal Street, 14th floor<br>Boston, MA 02110<br>rmaselek@zelmcd.com |

Dated: August 10, 2016

## CERTIFICATE OF SERVICE

I, David H. Travers hereby certify that on August 10, 2016 a copy of the foregoing document was served via ECF electronic filing upon all counsel of record.

___/s/ David H. Travers___