UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSFUEL CORPORATION a Delaware Corp., <br><br> Plaintiff, <br><br> v. <br><br> AIG SPECIALTY INSURANCE COMPANY, f/k/a CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois Corp. <br><br> Defendants. | Civil No. 15-13639-FDS |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR,** J.

The Court having been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Lisa Pezzarossi
_____

August 15, 2016
 Date

Lisa Pezzarossi, Deputy Clerk