UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 1:15-CV-13639-FDS

| | |
|---|---|
| BOSFUEL CORPORATION,<br>a Delaware Corporation<br>        Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY<br>f/k/a CHARTIS SPECIALTY INSURANCE COMPANY<br>an Illinois Corporation<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff, Bosfuel Corporation and Defendant, AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company ("AIG Specialty"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that all claims asserted in this action shall be dismissed without prejudice. Each party shall bear its own costs and expenses, including attorneys' fees, and waives all rights of appeal.

Respectfully submitted,

| **Bosfuel Corporation** | **AIG Specialty Insurance Company** |
|---|---|
| By its attorneys: | By its attorneys: |
| ___/s/ David H Travers___<br>David H. Travers (BBO #: 667588)<br>Bowditch & Dewey LLP<br>1 International Place, 44th floor<br>Boston, MA 02110<br>dtravers@bowditch.com | ___/s/ Robert J. Maselek, Jr.___<br>Robert J. Maselek, Jr. (BBO #: 564690)<br>Zelle McDonough & Cohen LLP<br>101 Federal Street, 14th floor<br>Boston, MA 02110<br>rmaselek@zelmcd.com |

Dated: August 23, 2016

## CERTIFICATE OF SERVICE

I, David H. Travers hereby certify that on August 23, 2016 a copy of the foregoing document was served via ECF electronic filing upon all counsel of record.

                                                /s/ David H. Travers